IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v. No. 4:12CR00033 JLH

JEREMY SHANE PETERSON

**ORDER**

The motion of the United States of America for leave to dismiss the indictment against Jeremy Shane Peterson is GRANTED. Document #23. The indictment now pending against Peterson is hereby dismissed.

IT IS SO ORDERED this 15th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE